AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 JUL 30 PM 5:03
CLERK
BY [signature] DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
Tether (USDT) in Four Target Wallets with a total balance as of Oct. 27, 2021 of 6,598,572 USDT/ETH

Case No. 2:24-mj-82

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ______________ District of Vermont and Elsewhere is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1) (A), (a)(1)(C), & (b)(1); 18 U.S.C. §§ 982(a)(1) & (b)(1); 21 U.S.C. §§ 853(e), (f) ; 28 U.S.C. § 2461(c)

(describe the property: )

See Attachment A, incorporated herein.

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_______________________________
*Applicant's signature*

Justin Woodford, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 as incorporated by 21 U.S.C. § 853(f)

Date: July 30, 2024

[signature]
*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*