**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEIZURE WARRANT**

I, Justin Woodford, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January 2021. Since becoming a Special Agent, I have been assigned to a Cyber Crime Task Force in Albany, NY. I am responsible for investigating complex criminal computer intrusions and cyber fraud, including fraud involving cryptocurrency. I have experience working ransomware, business email compromise, and cryptocurrency trading platform fraud cases, commonly known as "Pig Butchering". I have received training related to cyber security, open-source intelligence, and reverse malware engineering and have a bachelor's degree in computer and information science. I have participated in the execution of search warrants involving electronic evidence, including searches of email accounts and computers.

2. This affidavit is offered to demonstrate probable cause that the Tether (USDT) held in the Target Wallets listed below (hereinafter the "TARGET PROPERTY") is civilly forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C) and subject to seizure via a civil seizure warrant by 18 U.S.C. § 981(b)(1), and is criminally forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1) and subject to a criminal seizure warrant pursuant to 21 U.S.C. § 853(e) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(e) and (f) by 18 U.S.C. § 982(b)(1). The TARGET PROPERTY is described here and in Attachment A as:

Tether (USDT) held in the following Target Wallets, with the listed balances as of October 27, 2021[1] (for a total of 6,598,572 USDT/ETH):

[1] The United States government, the government of the British Virgin Islands, and Tether have been in discussions surrounding the appropriate process for seizing Tether since the time the letter seeking voluntary restraint of the Target Property was sent in October 2021.

i. Target Wallet 1 (0x42D8568C56C44E070f51fF9D268b6388EF2f846D): USDT/ETH 1,275,940
ii. Target Wallet 2 (0x1097850B35dFeCD1B7e7CE9190aEba45c6c2b1E9: USDT/ETH 1,330,000
iii. Target Wallet 3 (0x6f2f58817dB62A31A0253495c7550444958daF17): USDT/ETH 3,121,468
iv. Target Wallet 4 (0xa0e283a75e498FEcaE3A5bD0170D89B9FC26BCe8: USDT/ETH 871,164

3. The information contained in this affidavit is based upon my training, my experience, my own investigation, and my conversations with other law enforcement officers involved in the investigation. The following is either known to me personally or has been relayed to me by persons having direct knowledge of the events described below. It is meant to set forth probable cause and does not include every fact known to law enforcement about the events described below.

**Background on Tether**

4. **Stablecoins:** Stablecoins are a type of virtual currency whose value is pegged to a commodity's price, such as gold, or to a fiat currency, such as the U.S. Dollar, or to a different virtual currency. For example, USDC is a stablecoin pegged to the U.S. dollar. Stablecoins achieve their price stability via collateralization (backing) or through algorithmic mechanisms of buying and selling the reference asset or its derivatives.

5. **Tether (USDT)**: "TetherUS" (USDT), also referred to as "Tether," is a cryptocurrency purportedly backed by United States dollars. Tether was originally designed to always be worth $1, and the company responsible for issuing Tether purportedly maintained $1 in reserves for each Tether issued. As of January 1, 2024, one Tether coin was worth approximately $1 USD. Tether Limited ("Tether") is a company that manages the smart contracts and the treasury (*i.e.,* the funds held in reserve) for USDT tokens.

**Probable Cause**

6. Since on or around September of 2021, multiple United States Government agencies including the Federal Bureau of Investigation (FBI) have been investigating a fraud scheme being used to steal fiat currency and cryptocurrency from individuals located throughout the United States and internationally. The scheme, now commonly referred to as "pig butchering", utilizes the social engineering of victims who independently navigate on the Internet to platforms for stock and or cryptocurrency investment advice. While on these platforms, the "threat actors" purporting to be investment experts convince these victims to navigate to specific website URLs where they download fraudulent investment platforms to their electronic devices. The fraudulent investment platforms appear to be legitimate cryptocurrency exchanges where the victims can log in and see their investments grow. However, as soon as the victims send their cryptocurrency, the funds begin making their way through a complex laundering scheme.

7. Since at least as early as January 2021, victims of the scheme, including at least one Vermont based victim, have been convinced to transfer custody of their cryptocurrency and/or fiat currency to the threat actors under the guise of customer deposits to these cryptocurrency exchanges. The victims later discovered they were unable to withdraw funds they deposited to their accounts, and in some cases, they were extorted for more cryptocurrency or fiat currency when attempting to withdraw. The scheme impacted over 100 victims across the United States and internationally and resulted in the theft of millions of dollars from victims.

8. As part of the investigation, FBI reviewed financial records and analyzed blockchain transactions to trace the path of the funds taken from scheme victims. In general, victim funds moved through a series of intermediary cryptocurrency wallets, often changing between types of

cryptocurrencies before coming to rest in a final wallet. FBI identified the TARGET PROPERTY as derived from and involved in the fraud scheme or proceeds of such property.

9. In December of 2023, the FBI executed a federal search warrant at the Texas residence of Feng Chen and Tianqiong Xu, two individuals suspected to be involved in the scheme. Chen and Xu are spouses and Chinese nationals. They were residing in the United States on non-immigrant visas for several years leading up to December 2023. In January of 2024, Chen and Xu left the United States for China with their two young children. To date, they have not returned to the United States. Following their departure from the United States, Chen and Xu liquidated their assets in the United States. The investigation into Chen and Xu revealed they played a significant role in the development of infrastructure that was used to defraud victims, including the development of software for applications that appeared to be cryptocurrency investment platforms and the development of materials, including white papers, promoting investment through the fake cryptocurrency investment platforms. During the search of Chen and Xu's home, agents recovered evidence related to the creation, promotion and maintenance of the fake investment applications and evidence related to the laundering of funds obtained through the scheme.

10. Based on the scheme described above, on June 27, 2024, a grand jury sitting in Burlington, Vermont, returned an indictment charging Feng Chen and Tianqiong Xu with wire fraud conspiracy (18 U.S.C. § 1349), four counts of wire fraud and aiding and abetting wire fraud (18 U.S.C. §§ 1343 and 2) and money laundering conspiracy (18 U.S.C. §1956(h)). The indictment was filed in U.S. District Court for the District of Vermont under case number 2:24-cr-00067-wks, and a copy of the indictment is attached to, and incorporated into, this application as Exhibit 1. The indictment contains two forfeiture notices, each including the TARGET

PROPERTY. Forfeiture Notice One provides that upon conviction of the wire fraud conspiracy and substantive wire frauds in Counts One through Five, the TARGET PROPERTY is forfeitable to the United States as property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Forfeiture Notice Two provides that upon conviction of the money laundering conspiracy in Count Six, the TARGET PROPERTY is forfeitable to the United States as property, real or person, involved in the offense and as property traceable to such property.

11. On October 29, 2021, Tether voluntarily froze the TARGET PROPERTY in compliance with a request from the U.S. Attorney's Office for the District of Vermont. Thus, the tokens have not been traded since that time.

12. The foregoing establishes probable cause to believe that the TARGET PROPERTY is subject to civil and criminal forfeiture, as it is associated with the conspiracy to commit wire fraud, wire fraud, and conspiracy to commit money laundering alleged in the Indictment at Exhibit 1. Should this seizure warrant be granted, law enforcement intends to work with Tether to seize the funds associated with the TARGET PROPERTY. In sum, the accompanying warrant would be transmitted to Tether, at which time Tether would "burn" (*i.e.*, destroy) the addresses at issue (and by extension the USDT tokens associated with them). Tether would then reissue the equivalent amount of USDT tokens associated with the TARGET PROPERTY and transfer that equivalent amount of USDT to a government-controlled wallet. The seized currency will remain in the custody of the U.S. government during the entire pendency of the forfeiture proceedings, to ensure that access to, or manipulation of, the forfeitable property cannot be made absent court order or, if forfeited to the United States, without prior consultation by the United States.

13. Because this warrant seeks only permission to seize funds held by Tether and does not involve the physical intrusion onto a premises, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

Dated at Burlington, in the District of Vermont, this ____ day of July 2024.

*/s/ Justin Woodford*
Justin Woodford, FBI Special Agent

Sworn to by the applicant via reliable electronic means under Federal Rule of Criminal Procedure 4.1(b)(2)(A)—specifically, a video call—on this 30th day of July, 2024.

Kevin J. Doyle
HON. KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont